*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, KIRKBY, and DALY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Samuel P. ROSBERG**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202300123**

_____

Decided: 28 November 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Benjamin A. Robles

Sentence adjudged 03 March 2023 by a special court-martial convened at Marine Corps Air Station, Beaufort, South Carolina, consisting of a military judge sitting alone.[1] Sentence in the Entry of Judgment: reduction to E-1, confinement for 85 days, forfeiture of $1,278.00 pay per month for 12 months, and a bad-conduct discharge.[2]

---

[1] Appellant was initially sentenced on 18 January 2023, however a post-trial 39(a), UCMJ, hearing was held to address issues concerning what Appellant pleaded to at the initial hearing and to correct the amount of forfeitures awarded.

[2] Appellant received 61 days of confinement credit.

Opinion of the Court

For Appellant:
*Commander Kyle C. Kneese, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[3]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[3] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.